UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

CASE NUMBER: 13-41883

IN RE:
CASEY MCCONATHY
AMY MCCONATHY,
    Debtor.

### DEBTOR'S OBJECTION TO CLAIM

Comes Now the debtor, CASEY AND AMY MCCONATHY and object to Claim #7 filed by ALTAIR OH XIII, LLC C/O WEINSTEIN PINSON AND RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121, in the amount $1,980.33 on the grounds that the claim is barred by the Statute of Limitations and should be disallowed.

DONE this the 3 day of October, 2014.

                                                                              /s/ John W. Jennings, Jr.
                                                                              JOHN W. JENNINGS, JR.
                                                                              Attorney for Debtor
                                                                              111 South 10th Street
                                                                              Gadsden, AL 35901
                                                                              256 547 8886

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon Linda B. Gore, Trustee, P.O. Box 1338, Gadsden, AL 35902, ALTAIR OH XIII, LLC C/O WEINSTEIN PINSON AND RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121 by placing a copy of the same in the United States Mail, postage prepaid.

DONE this the 3 day of October, 2014.

                                                                              /s/ John W. Jennings, Jr.
                                                                              JOHN W. JENNINGS, JR.
                                                                              Attorney for Debtor
                                                                              111 South 10th Street
                                                                              Gadsden, AL 35901
                                                                              256 547 8886